**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Douglas White, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-00662-OEM-LKE |
| Plaintiff, | |
| v. | |
| Tom's of Maine, Inc., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Douglas White and Defendant Tom's of Maine, Inc., that this action shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and attorneys' fees.


Dated:  August 3, 2026                           Respectfully submitted,

By:  */s/ Jason P. Sultzer*                    By: */s/ Nilda M. Isidro*
    Jason P. Sultzer, Esq.                       Glenn S. Kerner
    **SULTZER & LIPARI, PLLC**                    Nilda M. Isidro
    85 Civic Center Plaza, Suite 200             **GREENBERG TRAURIG, LLP**
    Poughkeepsie, NY 12601                       One Vanderbilt Ave
    Tel: (845) 483-7100                          New York, New York 10017
    Fax: (888) 749-7747                          Tel: (212) 801-9200
    sultzerj@thesultzerlawgroup.com              Fax: (212) 801-6400
                                                 glenn.kerner@gtlaw.com
    Philip J. Furia                              nilda.isidro@gtlaw.com
    **FURIA LAW**
    880 Third Avenue, 5th Floor                  *Attorneys for Defendant Tom's of*
    New York, NY 10022                           *Maine, Inc.*
    646-830-1915
    furiap@furiafirm.com


    *Attorneys for Plaintiff Douglas White*